UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 91-0161 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| LENARD LEBLANC, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Jodi Linker. The United States was represented by Assistant United States Attorney Waqer Hasib.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1: Violation of Standard Condition Number Two which states that the defendant shall report to the US Probation Office as directed by the court or the US Probation Officer and shall submit a truthful and complete written report with the first five days of each month, in that defendant failed to submit a monthly report for May, 2007.

Charge 2: Violation of Special Condition which states that the defendant shall reside for a period of up to 180 days at the Cornell Corrections Residential Treatment Center in San Francisco, and shall observe the rules of that facility, in that on June 16, 2007, the defendant left the center without authorization.

Charge 3: Violation of Standard Condition Number Six which states that defendant shall notify the US Probation Office within 72 hours of any change of residence or employment in that on June 19, 2007, the offender left Freedom From Alcohol and Drugs Program.

Charge 4: Violation of Standard Condition Number Seven which states that defendant shall not use, distribute, or administer any controlled substance, in that on or about June 17, 2007, the offender used crack cocaine.

///
///
///
///
///
///
///

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of ten (10) months with credit for time served. No further Term of Supervised Release is ordered.

Dated: 12/17/2007

MARILYN HALL PATEL
United States District Court